# UNITED STATES DISTRICT COURT

## Western Division

__Western_____ DISTRI _____Tennessee_____

UNITED STATES OF AMERICA
V.

AYMAN FROOK

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CA __06-mj-261_____

CHARGING DISTRICTS
CASE     __4:05CR00677 CAS -22153-1_____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court __Eastern_____ District of __Missouri_____; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk __111 S. 10th Street Ste. 3.300, St.Louis MO.63102__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear Pursuant Notice by the Prosecuting District.

s/ James H. Allen
*Signature of Judge*

06/15/2006
*Date*

*JAMES H. ALLEN*
*UNITED STATES MAGISTRATE JUDGE*
Name and Title of Judge